United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Takera Jackson, Plaintiff, )<br>)<br>v. )<br>)<br>Commissioner of the Social Security )<br>Administration, Defendant. ) | Civil Action No. 22-23667-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Jonathan Goodman, consistent with the Clerk's directive regarding these types of administrative appeals (ECF No. 2), for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On February 27, 2023, Judge Goodman issued a report, recommending that the Court grant the Defendant Commissioner's motion to remand this matter to the Social Security Administration for further administrative proceedings. (Report & Recommendation, ECF No. 14.) The Plaintiff has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 14**.) The Court **grants** the motion to remand (**ECF No. 12**) and **remands** this case to the Social Security Administration. This Court shall retain jurisdiction of this case and shall not enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure until after post-remand proceedings are completed, and the Commissioner has filed with the Court any such additional and modified findings of fact and decision. The Court **directs** the Clerk to administratively **close** this case and take all necessary steps to ensure the prompt remand of this matter and the transfer of this file back to the **Commissioner of the Social Security Administration**. Any party may move to reopen this case upon the conclusion of the post-remand proceedings. Any pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on April 6, 2023.

_____
Robert N. Scola, Jr.
United States District Judge