United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Takera Jackson, Plaintiff, )<br>)<br>v. )<br>)<br>Commissioner of the Social Security )<br>Administration, Defendant. ) | Civil Action No. 22-23667-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Jonathan Goodman, consistent with the Clerk's directive regarding these types of administrative appeals (ECF No. 2), for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On May 28, 2025, Judge Goodman issued a report, recommending that the Court dismiss this case without prejudice because the Plaintiff cannot represent a minor in a pro se capacity. (Report & Recommendation, ECF No. 32.) The Plaintiff has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 32**.) The case is therefore **dismissed without prejudice**. The Court **directs** the Clerk to administratively **close** this case.

**Done and ordered** in Miami, Florida, on June 12, 2025.

_____
Robert N. Scola, Jr.
United States District Judge